United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

BRIAN WHITAKER,

8

Plaintiff,

9

v.

10

BHARAT ZAVERI,

11

Defendant.

Case No. 21-cv-09242-JD

**ORDER CONDITIONALLY
DISMISSING CASE**

12
13       The Court is advised that the parties have settled.  Dkt. No. 19.  Consequently, the Court

14   vacates all pretrial deadlines and dismisses this case without prejudice.  If any party certifies to the

15   Court within **60 days** from the date of this order that the agreed consideration for the settlement of

16   this action has not been delivered, this order will be vacated and the case will be set for a case

17   management conference.  If no certification is filed, the dismissal will be deemed to be **with**

18   **prejudice** after the 60 days.

19        **The parties are directed not to ask the Court for a "dismissal with prejudice" at any**

20   **time after this order, or to ask for an order confirming dismissal under FRCP 41(a)(1).**  No

21   Court order is necessary for dismissal under that rule.

22        **IT IS SO ORDERED.**

23   Dated: June 1, 2022

24
25
26   _____
     JAMES DONATO
     United States District Judge

27
28